# UNITED STATES DISTRICT COURT
District of Kansas
(Topeka Docket)

UNITED STATES OF AMERICA,

Plaintiff,

v. CASE NO.: 25-40077-AWM-02

WISTON LEONARDO FLORES-DURAN,

Defendant.

## GOVERNMENT'S UNOPPOSED MOTION TO DISMISS DEFENDANT FROM THE INDICTMENT (Fed. R. Crim. P. 48(a))

APPEAR NOW the United States of America, by and through Jared S. Maag, Assistant United States Attorney, and pursuant to Fed. R. Crim. P. 48(a) respectfully seek leave of the Court to dismiss the defendant, Wiston Leonardo Flores-Duran, from the Indictment (Doc. 1). In support of its request, the government submits the following:

On December 10, 2025, a grand jury sitting in Topeka, Kansas issued an Indictment against the defendant and Robinson Abrahan Esparragoza-Regalado, charging a violation of 18 U.S.C. §§ 2113(b) and 2, namely, Bank Larceny. (Doc. 1.)

On September 24, 2026, the United States Attorney for the District of Nebraska filed an Information charging the defendant with one count of violating 18 U.S.C. § 1030(b), namely, Conspiracy to Commit Fraud and Related Activity in Connection with Computers. The defendant is charged in the District of Nebraska with similar activity as the instant case but on a much larger scale. See *United States v. Flores Duran,* Case No. 8:26-cr-00183-BCB-RCC (D. Neb. Sept. 24, 2026) (Doc. 1).

Having discussed the matter, the United States Attorneys for the respective Districts have determined, in the interests of comity and expediency, that the District of Kansas case should be dismissed and the defendant removed to the District of Nebraska to face charges in that jurisdiction. The parties agree that the offense for which the defendant was charged in the current case will be deemed relevant conduct in the District of Nebraska prosecution. *See* U.S.S.G. § 1B1.3.

WHEREFORE, the government seeks leave from this Court to dismiss the defendant, Wiston Leonardo Flores-Duran, from the Indictment (Doc. 1) without prejudice.

Counsel for the defendant has no objection to the government's motion.

The government's motion also has no impact on the remaining defendant, Robinson Abrahan Esparragoza-Regalado, who is pending trial in this case.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

By: /s/ *Jared S. Maag*

JARED S. MAAG, KS Bar No. 17222
Assistant United States Attorney
District of Kansas
290 Carlson Federal Building
444 SE Quincy Street
Topeka, KS 66683
Ph: 785.295.2850 (Office)
Fax: 785.295.2853
jared.maag@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September 2026, I electronically filed the foregoing Motion to Dismiss which will send an electronic notice of the same to all parties who have entered their appearance in this matter, to include:

Nick David
Counsel for the Defendant
nick@thedavidlawoffice.com

By: /s/ *Jared S. Maag*

JARED S. MAAG, KS Bar No. 17222
Assistant United States Attorney